624

Joseph Martin and Luther Martin, Appellees, v. Nellie Stransenback, Administratrix of Estate of Edward Stransenback, Deceased, Appellant.

Gen. No. 10,232.

opinion filed June 4, 1948; released for publication June 25, 1948. D. M. Gregg and Warner & Warner, for appellant; D. M. Gregg and Henry C. Warner, of counsel; Dixon, Devine, Bracken & Ryan, for appellees; Robert L. Bracken and J. C. Ryan, of counsel. Opinion by Justice Bristow. Not to be published in full.

Joseph Jasiek, Appellee, v. George Kolowski, Administrator of Estate of Paul V. Kolowski, Deceased, Appellant.

Gen. No. 10,238.

opinion filed June 4, 1948; rehearing denied June 28, 1948; released for publication June 28, 1948. Aplington & Kaufman, for appellant; Hollerich & Hurley, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**

## Four Wheel Drive Auto Company, Appellee, v. Blackhawk Machine Company, Appellant.

### Gen. No. 10,236.

opinion filed June 4, 1948; released for publication June 25, 1948. Carl A. Swenson and Stanton E. Hyer, for appellant; Andrews, Essington & Barrick, for appellee; A. V. Essington, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**

## Floyd Richter et al., Appellees, v. City of Mount Carroll, Appellant.

### Gen. No. 10,249.